99cr264etm

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10-29 20 07
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

**D.J. & J.A. CIRANDO**
ATTORNEYS AND COUNSELORS AT LAW
101 SOUTH SALINA STREET
SUITE 1010
SYRACUSE, NEW YORK 13202-1350
TELEPHONE (315) 474-1285

JOHN A. CIRANDO
ROBERT H. MIDDLEMISS

DANIEL J. CIRANDO
(1936-1976)

October 23, 2007

Hon. Alan H. Nevas
Senior, US District Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 240
Bridgeport, Connecticut 06604

Re: USA v. Aaron Harris
DC Docket #3:99-cr-00264-AHN-4
CA Docket #07-0337-cr

Dear Judge Nevas:

I have been assigned by the Second Circuit in regard to the defendant's direct appeal. I am respectfully requesting that the following Docket Items be unsealed for use in the appeal: 1883, 1884 and 2177.

Please advise if any further information is necessary. Thank you.

Very truly yours,

D.J. & J.A. CIRANDO

John A. Cirando

JAC/mjl

cc: Alina Reynolds, Esq.
U.S. Attorney - D.Ct.
Brien McMahon Federal Building
915 Lafayette Boulevard - Room 309
Bridgeport, CT 06604

So Ordered

_____
Hon. Alan H. Nevas
Senior District Court Judge