UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DOCKET NO. |
| | ) | 3:99CR00264-4(VAB) |
| v. | ) | |
| | ) | |
| Aaron Harris | ) | |

## ORDER REDUCING SUPERVISED RELEASE TERM BY TWELVE MONTHS

In accordance with Title 18 U.S.C. §3583(e)(1), Aaron Harris' term of supervised release shall be reduced by twelve months, following his successful completion of Achievement/Commitment/Trust (ACT) Reentry Court, on May 19, 2021.

SO ORDERED,

Dated this 19th day of May 2021 at New Haven, Connecticut.

Honorable Victor A. Bolden
UNITED STATES DISTRICT JUDGE